Robert J. Berens, Esq. (SBN 141647)
Teresa L. Polk, Esq. (SBN 111975)
**SMTD LAW LLP**
17901 Von Karman Avenue, Suite 500
Irvine, CA 92614
Telephone No.: (949) 537-3800
Emails: rberens@smtdlaw.com;
tpolk@smtdlaw.com

Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE WEITZ COMPANY, LLC an Iowa limited liability company,<br><br>Defendant. | CASE NO. 3:25-cv-02079<br><br>*Unlimited Jurisdiction*<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO COMPEL ARBITRATION, APPOINT ARBITRATOR AND STAY PROCEEDINGS, AND TO FILE REPLY IN SUPPORT OF MOTION (L.R. 7-12)**<br><br>Current Hearing Date: June 3, 2025<br>Time: 2:00 p.m. |

The Court having reviewed the Stipulation to Extend Time to File Opposition to Motion to Compel Arbitration, Appoint Arbitrator, and Stay Proceedings and to File Reply in Support of Motion (the "Stipulation") among Plaintiff Great American Insurance Company ("Great American") and Defendant The Weitz Company, LLC ("Weitz"), and good cause appearing therefor,

- 1 -

**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO COMPEL AND TO FILE REPLY BRIEF**

SMTD LAW LLP
A LIMITED LIABILITY
PARTNERSHIP

PURSUANT TO STIPULATION, IT IS SO ORDERED that Great American's time to file its Opposition to the Motion to Compel Arbitration, Appoint Arbitrator, and Stay Proceedings shall be extended to May 19, 2025, and that Weitz's Reply Brief in support of the Motion shall be extended to May 27, 2025.

Date: __May 13, 2025__          _____
                                Hon. Lisa J. Cisneros
                                UNITED STATES MAGISTRATE JUDGE

SMTD LAW LLP
A LIMITED LIABILITY PARTNERSHIP

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO COMPEL AND TO FILE REPLY BRIEF