UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE WEITZ COMPANY, LLC,<br><br>　　　　　Defendant. | Case No. 25-cv-02079-LJC<br><br>**CASE MANAGEMENT SCHEDULE** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Initial disclosures (if not already served): | 7/25/2025 |
| Deadline to join parties and amend pleadings:[1] | 9/5/2025 |
| Deadline to file motion for partial summary judgment | 10/14/2025 |
| Hearing on partial motion for summary judgment | 11/18/2025 |
| Joint case management statement: | 1/8/2026 |
| Further case management conference: | 1/15/2026 |
| Fact discovery cut-off: | 1/30/2026 |
| Opening expert reports and disclosures: | 2/27/2026 |
| Rebuttal expert reports and disclosures: | 3/27/2026 |
| Expert discovery cut-off: | 5/29/2026 |
| Last day to file dispositive motions and *Daubert* motions: | 6/26/2026 |

---

[1] This Order is not intended to grant prospective leave to amend or add parties when such leave would otherwise be required.  A motion for leave to amend or add parties filed on or before this date must satisfy any otherwise-applicable standard for such leave.  A motion filed after this date must also meet the standard to modify a scheduling order.  *See* Fed. R. Civ. P. 16(b)(4).

1     Last day to hear dispositive motions and *Daubert* motions:    8/7/2026

2     Pretrial conference:[2]     11/13/2026, 1:30 PM

3     Jury trial:     11/30/2026

4     (12 days)

5     **IT IS SO ORDERED.**

6     Dated: May 30, 2025

                                                                                       LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

---

[2] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.

2