Robert J. Berens, Esq. (SBN 141647)
Teresa L. Polk (SBN 111975)
**SMTD LAW LLP**
17901 Von Karman Avenue, Suite 500
Irvine, California 92614
Telephone No.: (949) 537-3800
Emails: rberens@smtdlaw.com; tp@smtdlaw.com

Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE WEITZ COMPANY, LLC, an Iowa limited liability company,<br><br>Defendant. | **CASE NO. 3:25-cv-02079-LJC**<br><br>[PROPOSED] **ORDER EXTENDING DEADLINE TO SELECT ARBITRATOR [DOCKET #25]** |

Pursuant to the Stipulation And Joint Application for an Order Extending the Deadline to Select Arbitrator [Docket #31] filed by the Parties herein, and good cause appearing therefor, IT IS HEREBY ORDERED THAT the Parties shall have until September 12, 2025 to mutually select an independent arbitrator.

**IT IS SO ORDERED.** Dated: __August 27, 2025__

_____
LISA J. CISNEROS
United States Magistrate Judge

SMTD Law LLP
A LIMITED LIABILITY
PARTNERSHIP

[PROPOSED] ORDER EXTENDING DEADLINE TO SELECT ARBITRATOR [DOCKET #31]