Robert J. Berens (SBN 141647)
Teresa L. Polk (SBN 111975)
**SMTD LAW LLP**
17901 Von Karman Avenue, Suite 500
Irvine, CA 92614
Telephone No.: (949) 537-3800
Emails: rberens@smtdlaw.com;
tp@smtdlaw.com

Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE WEITZ COMPANY, LLC an Iowa limited liability company,<br><br>Defendant. | **CASE NO. 3:25-cv-02079-LJC**<br><br>*Case Assigned for all Purposes: Magistrate Judge Lisa J. Cisneros*<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO MAKE LIMITED MODIFICATIONS TO CERTAIN STATEMENTS OF FACT OR LAW IN ORDER GRANTING MOTION TO COMPEL ARBITRATION [DOCKET #31]**<br><br>**(L.R. 7-7(B))**<br><br>Current Hearing Date: October 2, 2025<br>Time: 1:30 p.m. |

The Court having reviewed the Stipulation to Continue Hearing on Motion to Make Limited Modifications to Certain Statements of Fact or Law in Order Granting Motion to Compel Arbitration (the "Stipulation") among Plaintiff Great American Insurance Company ("Great American") and Defendant The Weitz Company, LLC ("Weitz"), and good cause appearing therefor,

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on
2  Great American's Motion to Make Limited Modifications to Certain Statements of
3  Facts or Law in Order Grating Motion to Compel Arbitration shall be continued
4  from October 2, 2025 at 1:30 p.m. to October ___9, 2025 at 1:30 p.m.

Date: September 23, 2025        _____
                                Hon. Lisa J. Cisneros
                                UNITED STATES MAGISTRATE JUDGE